```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

ST. JOSEPH'S HOSPITAL,                :
                                      :
        Plaintiff,                    :
                                      :
   v.                                 :   Civil Action No. 04-2147 (JR)
                                      :
MICHAEL LEAVITT, Secretary,           :
Department of Health and Human        :
Services,                             :
                                      :
        Defendant.                    :

### ORDER

For the reasons stated in the accompanying memorandum, the Secretary's motion for summary judgment [Dkt. #12] is **denied**. St. Joseph's motion for summary judgment [Dkt. #10] is **granted**.

                               JAMES ROBERTSON
                          United States District Judge